Cliff Motor Corporation v. Commissioner.
Cliff Motor Corp. v. Commissioner
Docket No. 63564.
United States Tax Court
T.C. Memo 1959-144; 1959 Tax Ct. Memo LEXIS 103; 18 T.C.M. (CCH) 635; T.C.M. (RIA) 59144; July 16, 1959
*103 Herbert L. Zuckerman, Esq., for the petitioner. Arthur Pelikow, Esq., for the respondent. OPPER
Memorandum Opinion OPPER, Judge: Respondent determined a deficiency of $5,292.78 in petitioner's income tax for the year 1954. The sole issue is whether amounts which financial institutions, discounting petitioner's paper, credited during the year in issue on their books to the reserve accounts of petitioner, an automobile dealer on an accrual basis of accounting, are taxable in that year. All of the facts are stipulated and are found accordingly. This case is concededly indistinguishable from , affirming , which has now been decided by the United States Supreme Court, - U.S. - (June 22, 1959). On the authority thereof, Decision will be entered for the respondent.